AO 440 (Rev. 04/08) Civil Summons

RECEIVED

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

2015 OCT 20 P 2: 53

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| PESCHKE MAP TECHNOLOGIES LLC | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:15cv1365 |
| ROUSE PROPERTIES, INC. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Rouse Properties Inc.
1114 Avenue of Americas, Ste. 2800
New York, NY 10036-7703

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Hao Ni
Ni, Wang & Massand, PLLC
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
_____
Name of clerk of court

COPY

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*